UNITED STATES, Appellee

v

ALBERT HUGHES, Jr., Private First Class,
U. S. Army, Appellant

19 USCMA 510, 42 CMR 112

No. 22,956

June 26, 1970

*Colonel Daniel T. Ghent, Captain Monte Engler,* and *Captain Brian B. McMenamin* were on the pleadings for Appellant, Accused.

*Colonel David T. Bryant, Major Edwin P. Wasinger, Captain James S. Mathews,* and *Captain William R. Steinmetz* were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The circumstances of this case are like those in United States v Pieragowski, 19 USCMA 508, 42 CMR 110, decided this date. For the reasons stated in our opinion in *Pieragowski,* the decision of the United States Army Court of Military Review as to specification 2 of the charge is reversed. The findings of guilty of specification 2 are set aside and the specification is ordered dismissed. The record of trial is returned to the Judge Advocate General of the Army for submission to the Court of Military Review for reassessment of the sentence on the basis of the remaining findings of guilty.